IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

BORDERLESS CAPITAL LLC
AND DAVID GARCIA,

     Appellants,

 v.

NEKTRA, S.A. D/B/A COINFABRIK,
RAND LABS, LLC, RAND LABS, INC.,
AND PABLO YABO,

     Appellees.

_____/

Case No.  5D22-1707
LT Case No. 2021-CA-985-A

Decision filed July 3, 2023

Nonfinal Appeal from the Circuit Court
for Lake County,
Dan R. Mosley, Judge.

George G. Mahfood and Ryan K. Todd,
of Nelson Mullins Riley & Scarborough,
LLP, Miami, for Appellants.

Patricia Acosta, Brett Alan Barfield, and
Alexandra Goodstone, of PAG Law
PLLC, Miami, for Appellee, Nektra, S.A.,
d/b/a Coinfabrik.

No Appearance for Appellees, Rand
Labs, LLC, Rand Labs Inc., and
Pablo Yabo.

PER CURIAM.

     AFFIRMED.

EDWARDS, C.J., JAY and MACIVER, JJ., concur.